UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

____FILED ____ENTERED
____LODGED ____RECEIVED
FEB 10 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
    RESPONDANT,

VS.                                K-82-00086 KAUFMAN

CALVIN S. WEDINGTON, 18915-037
    PETITIONER PRO-SE.

## MOTION FOR A NEW TRIAL

Comes now, petitioner Calvin S. Wedington, 18915-037 currently residing at Federal Medical Center For Federal Prisoners at 2110 E. Center St. Westrick Bldg. 125-W PMB 4000 Rochester, Mn. 55903-4000.

Petitioner states that the U.S. Surpreme ruled that prisoners with life sentence's who were junvenile's when given a life sntence can have a new trial. Petitioner also states he was eligible for the youth act when the alledged criminal act was committed of title 18 U.S.C. 1111 (B) (2) with the second count nolle pro-ce qui in his case.

Petitioner also states that petitioner was denied a jury trial because of national security and that the national security issues have been declassified that petitioner was privie too at the time of the alledged crime of petitioner's association with National Security Agency/ Central Security Service of the U.S. Navy contract in the United States Armed Forces.

With all due respect and in good faith, Petitioner prays petitioner be granted the new trial and appointed Counsel pursuant to Title 18§3006(A).

          Calvin S. Wedington, 18915-037
          Fed.Med.Ctr. Westrick Bldg.!-1
          2110 E. Center St. PMB 4000
          Rochester, MN 55903-4000

*Calvin R. Wedington 18915-037*
*3 February 2014*

COMMITTED NAME: C WEDINGT
REG. NO. & QTRS.: 18915-037 AA 125-W
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550
03 FEB 2014 PM 2 L

Inspected by
Court Security Officer
FEB 08 2014
Baltimore, MD

18915-037

The Clerk Office Of
101 W Lombard ST
Baltimore, MD - 21201 - 2691
United States

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 10

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

LEGAL MAIL
31 JAN 2014

21201260599